GOLDSMITH WEST
A Professional Law Corporation
David A. Goldsmith, SBN 232457
Phil A Thomas, SBN 248517
609 Deep Valley Drive, Suite 200
Rolling Hills Estates, CA 90274
Telephone:   (310) 620-8540
Facsimile:    (310) 861-5527
david@goldsmithwest.com
phil@goldsmithwest.com

Attorney for Plaintiff
STEVEN RODRIGUEZ

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RODRIGUEZ,<br><br>                              Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY; et al.<br><br>                              Defendants. | Case No. 2:20-cv-08697-AB-PVCx<br><br>**[~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Assigned:    Hon. Andre Birotte, Jr.<br>Courtroom:   7B |

The Court has reviewed the Stipulation to Dismiss this entire action without prejudice ("Stipulation") filed by Plaintiff Steven Rodrguez and Defendant Ford Motor Company, and hereby APPROVES the Stipulation. Accordingly, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims and counterclaims in this action are **DISMISSED WITHOUT PREJUDICE**, each side responsible for its own costs, expenses and attorney's fees.

**IT IS SO ORDERED.**

Dated: October 06, 2020          By:_____
                                ANDRÉ BIROTTE JR.
                                UNITED STATES DISTRICT JUDGE

- 1 -